(March 31, 1969)

■ LOUIS BASELICE, Respondent, v. 341 REID AVE. CORP. et al., Appellants, et al., Defendant. Estate of MARTIN V. SILBEY, Deceased, et al., Appellants, v. LOUIS BASELICE, Respondent, et al., Defendants.— In the first above-entitled action, order of the Supreme Court, Queens County, dated July 3, 1968, affirmed, without costs. No opinion. In the second above-entitled action, order of the Supreme Court, dated July 2, 1968, affirmed, without costs and without opinion; and appeal from judgment entered thereon dismissed, without costs, no such judgment having been included in the record on appeal. Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.